99 A.3d 533

COMMONWEALTH of Pennsylvania, Respondent

v.

Jonathan T. MOORE, Petitioner.

No. 98 EM 2014.

Supreme Court of Pennsylvania.

Sept. 12, 2014.

## ORDER

PER CURIAM.

AND NOW, this 12th day of September, 2014, in response to the "Petition for Reconsideration of Order Ruling Exten-

sion of Time to File Allocatur Petition," the Court notes that counsel negligently failed to file a Petition for Allowance of Appeal following the Court's repeated grants of *nunc pro tunc* relief. The matter is now **REMANDED** to the Court of Common Pleas of Philadelphia County to appoint new counsel within 45 days of this order. Newly-appointed counsel is directed to file a Petition for Allowance of Appeal within 60 days of appointment.